IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES WIGGINS,
    Plaintiff,

vs.                                                      CASE NO.: 3:09cv332/MCR/MD

KULONE TERRELLE,
PHILLIP TERRELLE,
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 12, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction, and the clerk is directed to close the file.

DONE AND ORDERED this 28th day of September, 2009.

                                                              *s/ M. Casey Rodgers*
                                                              M. CASEY RODGERS
                                                              UNITED STATES DISTRICT JUDGE